IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In Re:

JOSEPH NORMAN SHORT, JR.,

  Debtor.

_____

Case No. 19-11555

DEBORAH KEETON,

  Plaintiff,

v.

JOSEPH NORMAN SHORT, JR.,

  Defendant.

Adversary Case No. 19-1041

## ORDER AND NON-FINAL JUDGMENT

Pursuant to the findings of fact and conclusions of law entered simultaneously herewith, judgment is entered in favor of the plaintiff Deborah Keeton and against the defendant-debtor Joseph Norman Short, Jr. on the plaintiff's nondischargeability claim under 11 U.S.C. § 523. The state court judgment entered in favor of the plaintiff for trespass in the amount of $25,000 is nondischargeable in the debtor's bankruptcy pursuant to 11 U.S.C. § 523(a)(6). This judgment is not final because the plaintiff has a remaining claim under 11 U.S.C. § 727.

Dated: January 10, 2020

/s/ Henry A. Callaway
_____
HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE